WEBB v. NASH HOSP., INC.

No. 345P99

Case below: 133 N.C.App. 636

Petition by defendant (Nash Hospitals, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Petition by defendants (Williamson and Care Specialists) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Justice Wainwright recused.

WOOD v. SOUTHSIDE OIL CO.

No. 227P99

Case below: 133 N.C.App. 194

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

WRIGHT v. BLUE RIDGE AREA AUTH.

No. 443P99

Case below: 135 N.C.App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.


PETITIONS TO REHEAR

HEARNE v. SHERMAN

No. 309A98

Case below: 350 N.C. 612

Petition by plaintiff for rehearing the decision of this Court pursuant to Rule 31 denied 14 September 1999.

PIAZZA v. LITTLE

No. 193PA98

Case below: 350 N.C. 585

Petition by plaintiff for rehearing the decision of this Court pursuant to Rule 31denied 14 September 1999.